UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES A. WILLIAMS, | ) | Case No. EDCV 16-445 VAP(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| v. | ) | JUDGMENT |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: _March 22, 2016_

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE